Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS HYLAND, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued February 23, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered November 28, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Henry A. Lowenberg, Edwin M. Stanton* and *Abraham Eisenstat* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: ANDREWS, J.

---

MORRIS ALPERSTEIN, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Principal and surety — indemnity bonds — motor vehicles — Highway Law — action to recover on bond given pursuant to provision of Highway Law as condition to engaging in business of carrying passengers for hire in cities of first class — defense that bond was canceled by repeal of statute.*

*Alperstein* v. *National Surety Co.*, 222 App. Div. 664, affirmed. (Argued February 23, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1927, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff for summary judgment. The action was to recover upon an indemnity bond filed with the State Tax Commission pursuant to chapter 612 of the Laws of 1922 requiring such a bond from those engaged in the business of carrying or transporting pas-

sengers for hire in the city of New York and conditioned that upon default of the principal it would pay any judgment recovered against him for death or injury to property in the operation of a motor vehicle. Plaintiff was struck and injured by the motor vehicle mentioned in the bond and thereafter recovered judgment against the principal. Executions having been returned unsatisfied this action was brought against the surety on its bond. The defense was that chapter 612 of the Laws of 1922 was repealed by chapter 413 of the Laws of 1924, and that consequently the indemnity bond executed and filed pursuant to the former statute was canceled when the latter statute went into effect and that the defendant was thereafter relieved from any liability under said indemnity bond.

*Thomas L. Walsh* for appellant.

*Benjamin Berinstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.